**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000319
11-AUG-2017
09:29 AM**

NO. CAAP-17-0000319

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WYNDHAM VACATION OWNERSHIP, INC., Plaintiff-Appellee,
v.
SHARON LEIGH McFADDEN, Defendant-Appellant
and
JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5;
.DOE PARTNERSHIPS 1-5; DOE BUSINESS ENTITIES 1-5;
and DOE GOVERNMENTAL AGENCIES 1-5, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-1277)

ORDER APPROVING THE JULY 28, 2017 STIPULATION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, and Fujise and Chan, JJ.)

Upon consideration of the Stipulation to Dismiss
Appeal, filed July 28, 2017, by Defendant-Appellant Sharon Leigh
McFadden, the papers in support, and the record, it appears that
(1) the appeal was docketed on May 22, 2017; (2) pursuant to
Hawai'i Rules of Appellate Procedure Rule 42(b), the parties
stipulate to dismiss the appeal and bear their own attorneys'
fees and costs; and (3) the stipulation is dated and signed by
counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, August 11, 2017.

Chief Judge

Associate Judge

Associate Judge

2